■ MAGDALEN H. WILD, Respondent, v. BYMART-TINTAIR, INC., Appellant.— Appeal dismissed, without costs upon stipulation.

■ JAMES E. SEYFRIED, an Infant, by FLORIAN B. SEYFRIED, His Guardian ad Litem, et al., Plaintiffs, v. NEW YORK CENTRAL RAILROAD COMPANY et al., Defendants.— Appeal dismissed, without costs upon stipulation.

■ PAUL A. CROUCH et al., Appellants, v. LOUIS A. WEHLE, as Conservation Commissioner of the State of New York, Respondent.— Appeal dismissed, without costs upon stipulation.

■ In the Matter of JAMES HART et al., Appellants, against EVERETT E. FLYNN et al., Respondents.— Appeal dismissed, without costs upon stipulation.

■ TOWN OF PERINTON, Respondent, v. SAM MUZEKA, et al., Appellants. (Five Actions.) — Appeal dismissed for failure to comply with previous order, without costs.

■ In the Matter of BENNY BURKE, Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Proceeding dismissed for failure to comply with previous order, without costs.

■ DOROTHY LAMEY, Appellant, v. VALENTINE PARADOWSKI et al., Respondents.— Appeal dismissed for failure to comply with previous order, with $10 motion costs.

■ JOAN GARRISON, by Her Guardian ad Litem, RUTH GARRISON, Appellant, v. EMPLOYERS LIABILITY ASSURANCE CO., et al., Respondents.— Appeal dismissed for failure to comply with previous order, with costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIDNEY STRASSMAN, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PASCHAL P. DOMICA, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES A. LIPINCZYK, Appellant.— Motion granted and appeal dismissed.

■ In the Matter of the Estate of EVELYN M. WHORRALL, Deceased.— Motion granted and appeal dismissed, with $10 motion costs.

■ MARY PALADINO, Respondent, v. THOMAS DAMIANO, JR., Appellant.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.

■ CARMELITA CALOGERO, Respondent, v. THOMAS DAMIANO, JR., Appellant.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.

■ POROFINIO CARABALLO, Appellant, v. LEONARD M. SELL, Respondent. RAFAEL D. ORTIZ, as Administrator of the Estate of VISITACION D. ORTIZ, Deceased, Appellant, v. LEONARD M. SELL, Respondent.— Motion granted and appeals dismissed, without costs.

■ TRUMAN J. GLEASON, Doing Business as GLEASON MACHINERY & ENGINEERING COMPANY, Appellant, v. WM. HIGGINS & SONS, INC., Respondent. — Motion granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. ROBERT PEPER, Defendant.— Motion for a change of venue denied.